■ In the Matter of BARBARA J. SABOL, as Commissioner of the New York City Department of Social Services, Respondent, for the Appointment of a Guardian of the Person and Property of MARIAN S., Respondent. JEAN S. and Another, on Behalf of MARIAN S., Appellants. [623 NYS2d 99] —Order and judgment (one paper), Supreme Court, New York County (Ira Gammerman, J.), entered on January 10, 1994, which, *inter alia,* appointed Sophia Sembos, Esq. as guardian of the person and property of Marian S., unanimously affirmed, without costs.

The record reveals that the adult children of respondent Marian S. were properly served with notice of the Mental Hygiene Law § 81.11 hearing but failed to appear, without providing an explanation for such default. Accordingly, there is no support for their assertion that they were denied the opportunity to present evidence. We also note that Marian S.'s interests were adequately represented by a court-appointed attorney. Concur—Sullivan, J. P., Ellerin, Ross and Asch, JJ.

■ ATHLETES AND ARTISTS, INC., Respondent, v ULF DAHLEN, Appellant. LOUIS J. OPPENHEIM et al., Counterclaim Defendants-Respondents. [624 NYS2d 796] —Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about November 3, 1993, unanimously affirmed for the reasons stated by Fingerhood, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Ross, Asch and Williams, JJ.